UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GASKINS, | Case No. 2:22-cv-00459-JDP (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |
| v. | |
| MULE CREEK STATE PRISON, | |
| Defendant. | |

Plaintiff, a state inmate proceeding without counsel, has filed a civil rights action together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed the application for leave to proceed i*n forma pauperis* on the form used by this district. *See* ECF No. 8. Accordingly, plaintiff's application will be denied without prejudice, and plaintiff will be provided the opportunity to submit an application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 8, is denied without prejudice.

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

1

3. Plaintiff shall submit, within thirty days from the date of this order, either the $402 filing fee or a completed application to proceed *in forma pauperis*. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: __August 2, 2022__  
                                           JEREMY D. PETERSON  
                                           UNITED STATES MAGISTRATE JUDGE