UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GASKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>MULE CREEK STATE PRISON,<br><br>        Defendant. | Case No. 2:22-cv-00459-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT AN INMATE TRUST ACCOUNT STATEMENT |

    Plaintiff, a state inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2022, plaintiff was directed to submit, within thirty days, a completed application to proceed *in forma pauperis* and a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff has submitted a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. He has not, however, filed a certified copy of his inmate trust account statement.

    Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

Accordingly, it is hereby ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: __September 6, 2022__   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE